DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCHWISTOV LAND TRUST,**
Appellant,

v.

**SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
Appellee.

No. 4D2024-0089

[July 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Warren Sherman, Judge; L.T. Case No. 502019CA007898.

James R. Ackley of Law Offices of James R. Ackley, P.A., West Palm Beach, for appellant.

Steven M. Davis of Becker & Poliakoff, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***